**Order entered January 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01383-CV

## DOROTHY WARREN, Appellant

## V.

## 2359 HIGHLAND ROAD LLC D/B/A THE FINLEY THE HIGHLANDS, Appellee

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-19-05900-C**

## ORDER

The reporter's record in this appeal is overdue. By postcard dated December 19, 2019, we directed Janet E. Wright to file, within thirty days, the reporter's record, written verification no hearings were recorded, or written verification appellant had not requested the record. To date, Ms. Wright has not complied. Accordingly, we **ORDER** Ms. Wright, Official Court Reporter of County Court at Law Number 3, to file the record or requested written verification no later than February 18, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wright and the parties.

/s/      BILL WHITEHILL
JUSTICE